In re: Pepi SCHAFLER, Petitioner.

No. 10–1995.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 14, 2010.

Pepi Schafler, Petitioner Pro Se.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pepi Schafler has filed a petition for writ of habeas corpus requesting that the court recall its mandate in case No. 09–2298. We have reviewed the record and find that Schafler is not entitled to the relief requested. Accordingly, we deny the petition. We also deny Schafler's motion to seal documents and her motion to strike. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*